# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-73 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Randall Dean Jones, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 22, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge